UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| Robert Lafayette<br><br>*Plaintiff(s)*<br><br>v.<br><br>Blueprint Basketball, Byron Robertson, Cara Caswell, Burlington School District, Vermont Elite, and Sam Jackson<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.  2:23-cv-00631 |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.**

☑ **Decision by Court.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the court's Order (Document No. 43) filed March 31, 2025, Defendants Blueprint Basketball, Cara Caswell, Thomas Nuovo, and Byron Robertson's Motion to Dismiss Second Amended Complaint (Document No. 30) and Defendants Burlington School District, Sam Jackson, and Vermont Elite's Motion to Dismiss (Document No. 32) are GRANTED. Plaintiff's Second Amended Complaint (Document No. 24) is DISMISSED: the ADA claims are DISMISSED WITH PREJUDICE and the state law claims are DISMISSED WITHOUT PREJUDICE.

Date: April 4, 2025

*JEFFREY S. EATON*
*CLERK OF COURT*

JUDGMENT ENTERED ON DOCKET
DATE ENTERED:   4/4/2025

*/s/ Sharrah J. LeClair*
*Signature of Clerk or Deputy Clerk*